NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-5415

_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

WESTERN TOWBOAT COMPANY,
*Plaintiff/Appellant*,

v.

NATIONAL OCEANIC AND ATMOSPHERIC ADMIN., et al.,
*Defendants/Appellees*.

_____

Appeal from the United States District Court for the District of Columbia
No. 1:22-cv-02665 (Hon. Berman Jackson)

_____

**UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

_____

Under Federal Rule of Appellate Procedure 26(b) and Circuit Rule 28(e),

Appellees respectfully move the Court for a 44-day extension of time to file their

answering brief, and to further modify the briefing schedule as follows:

| | |
|---|---|
| Appellees' Brief | June 19, 2026 |
| Appellants' Reply Brief | July 24, 2026 |

Appellant does not oppose this motion.

Appellant filed its opening brief on April 3, 2026. Dkt. No. 2167116. Under the Court's February 23, 2026, scheduling order, Appellees' brief is due on May 6, 2026. Appellees seek an additional 44 days, to June 19, 2026. Appellees have not previously requested an extension of time.

An extension is warranted in light of obligations that have delayed undersigned counsel's preparation of the briefing in this matter. Undersigned counsel is lead counsel for the United States in several other matters that require the preparation of appellate briefs and internal memoranda, participation in ongoing mediation, and preparation for an upcoming oral argument. Those matters include *O'Reilly v. U.S. Army Corps of Eng'rs*, 21-cv-1027 (E.D. La.) (opposition to motion to enforce judgment filed April 7, 2026; hearing on motion for temporary restraining order on April 14, 2026; opposition to motion for leave to supplement complaint filed on April 21, 2026); *Ctr. for Biological Diversity v. U.S. Bureau of Reclamation*, 25-5137 (9th Cir.) (scheduled for argument May 22, 2026); *Healthy Gulf v. U.S. Dep't of the Interior*, 26-11286 (11th Cir.) (administrative record due June 1, 2026); *Alaska Forest Ass'n v. U.S.D.A.*, 26-2088 (9th Cir.) (answering brief due June 15, 2026); and a confidential ongoing mediation. The requested extension is also necessary to coordinate review of the brief, which requires sufficient time for review by components within the Department of Justice, Department of Commerce, and U.S. Environmental

Protection Agency. Undersigned counsel conferred with opposing counsel, who stated that Appellant does not oppose the extension of Appellees' answering brief and requested an extension of Appellant's reply brief until July 24, 2026.

For these reasons, Appellees respectfully request that the Court grant the unopposed request for a 44-day extension of time to June 19, 2026, and further extend the time for Appellant's reply brief to July 24, 2026.

Respectfully submitted,

/s/ *Angela N. Ellis*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

DANIEL J. HALAINEN
ANGELA N. ELLIS
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-0000
angela.ellis@usdoj.gov

April 24, 2026
90-6-21-18096

**CERTIFICATE OF COMPLIANCE**

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 355 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Angela N. Ellis*
ANGELA N. ELLIS

Counsel for Appellees